# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JARRETTA P. HAMILTON,**

    **Plaintiff,**

v.                                                             Case No: 6:10-cv-871-Orl-22TBS

**SOUTHLAND CHRISTIAN SCHOOL, INC.,**

    **Defendant.**

## ORDER

This cause is before the Court on Plaintiff's Motion and Memorandum for Award of Attorney's Fees (Doc. No. 98) filed on November 12, 2012.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part and DENIED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 12, 2012 (Doc. No. 100), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Plaintiff's Motion and Memorandum for Award of Attorney's Fees is hereby GRANTED as provided for in the Magistrate Judge's Report and Recommendation.

**DONE** and **ORDERED** in Orlando, Florida on January 2, 2013.

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties