**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JARRETTA P. HAMILTON,**

      **Plaintiff,**

**v.**                                       **Case No:  6:10-cv-871-Orl-22TBS**

**SOUTHLAND CHRISTIAN SCHOOL,**
**INC.,**

      **Defendant.**

**ORDER**

This cause is before the Court on Plaintiff's Motion and Memorandum for Award of

Attorney's Fees (Doc. No. 98) filed on November 12, 2012.

The United States Magistrate Judge has submitted a report recommending that the

Motion be GRANTED in part and DENIED in part.

After an independent *de novo* review of the record in this matter, and noting that no

objections were timely filed, the Court agrees entirely with the findings of fact and conclusions

of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed December 12, 2012 (Doc. No. 100), is

**ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      The Plaintiff's Motion and Memorandum for Award of Attorney's Fees is hereby

GRANTED as provided for in the Magistrate Judge's Report and Recommendation.

**DONE** and **ORDERED** in Orlando, Florida on January 2, 2013.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties